MELISSA HOLYOAK, United States Attorney (#9832)
VERNON G. STEJSKAL, Assistant United States Attorney (#8434)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Email:  Vernon.stejskal@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID RUSSELL KING**,<br><br>Defendant. | Case No.    2:26mj90 CMR<br><br>**COMPLAINT**<br><br><br>Magistrate Judge Cecilia M. Romero |

Before the Honorable Cecilia M. Romero, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

<u>**COUNT I**</u>
**21 U.S.C. § 841(a)(1)**
**(Possession of a Controlled Substance (Methamphetamine) with
Intent to Distribute)**

On or about February 08, 2026 in the District of Utah,

**DAVID RUSSELL KING,**

1

defendant herein, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Jeremy Crowther, being first duly sworn, depose and state as follows:

Your affiant is a Special Agent with the Drug Enforcement Administration (DEA), assigned to the Salt Lake City District Office. I have been so employed by the DEA since January of 2018. I am currently assigned to the Homeland Security Task Force (HSTF).

## PROBABLE CAUSE

1. On 02/08/26, David Russell KING was driving North Bound on I-15 returning from Las Vegas, NV. KING was stopped by Washington County Deputies on an observed traffic violation.

2. Officers asked for consent to search the vehicle which KING declined. A K-9 unit was then deployed and alerted to the presence of drugs inside the vehicle driven by KING. During the search of the vehicle driven by KING, a substance believed to be methamphetamine was located in a suitcase in the trunk of the vehicle. This substance

field tested presumptive positive for the presence of methamphetamine. Approximately 10 pounds of methamphetamine were found in suitcase. This amount of methamphetamine is consistent with distribution and not with personal use.

3.      KING was subsequently placed into handcuffs and read his Miranda Rights. KING stated that he owed his friends $5,000 so he was taking the suitcase to Salt Lake City for the debt he owed. KING stated that he had done similar transports two other times before, but claimed to be unaware of the contents of the suitcase. He intended to deliver the suitcase to a friend in Salt Lake City.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for David Russell KING for a violation of **21 U.S.C. § 841(a)(1).**

*/s/ Jeremy Crowther*

_____

Affiant, DEA Special Agent Jeremy Crowther

SUBSCRIBED AND SWORN to before me this day the 9th of February, 2026.

*Cecilia M. Romero*

_____

CECILIA M. ROMERO
United States Magistrate Judge